UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lisa Marie Brady

    v.

                        Case No. 23-cv-391-SM

Jeni Mosca, et al

## JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by Judge Landya B. McCafferty dated December 20, 2023; and

2. Order by Judge Steven J. McAuliffe dated March 27, 2024.

By the Court:

/s/ Tracy A. Uhrin
Tracy A. Uhrin
Chief Deputy Clerk

Date: March 28, 2024

cc:   Lisa Marie Brady, pro se
       Counsel of Record