**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE**

7/5/2024

<u>Lisa Marie Brady</u>

    v.

Case No. Civil No. 1:23-cv-391-SM

<u>Jeni Mosca, et al.</u>

## REQUEST FOR CLERK TO AMNED THE NOTICE OF APPEAL AND TO FORWARD BRADY'S DESIGNATED RECORDS

RE: First Circuit Court Case No. 24-1621: Brady seeks an amendment to the notice of Appeal to the First Circuit, to include all of the following Court Documents, in full, with attached evidence:

| APPENDIX | | |
|---|---|---|
| **DATE** | **COURT DOCUMENT** | **TITLE** |
| 1. 8-11-2023 | Doc. 1 | Original Complaint |
| 2. 8-11-2023 | Doc. 2 | Hand Delivered Sealed Exhibits 1&2 |
| 3. 11-27-2023 | Doc. 56 | Brady answers motion to dismiss |
| 4. 01-02-2024 | Doc. 76 | MTR filed by Lisa Brady |
| 5. 01-24/2024 | Doc. 83 | Proposed Amended Complaint |
| 6. 03-24-2024 | Doc. 101 | Response to Doc. 100, objection |
| 7. 04-07-2024 | Doc. 106 | Motion to Reconsider |

On June 28, 2024, Lianne Wagner, Deputy Clerk of the United States District Court for the District of New Hampshire, issued a certification for the record on appeal to the First Circuit. Add. 1. That notice failed to include imperative documents for appeal; docs 1, along with sealed exhibits from Doc. 2, and Doc. 83. The failure to include those records prejudices Brady's case. Additionally, Brady requests that the Court Documents listed above are essential to her appeal

pg. 1

with the First Circuit Court.  As stated again: Documents 1, 2 (exhibits 1&2 attached to Doc.1), 56, 76, 83, 101, and 106.

Brady pleads this court to amend the notice of appeal to the First Circuit, to include the above stated documents, and to forward them as part of the record on appeal.  Brady requests that the clerk put in writing an explanation as to why any of the above stated documents will not be sent to the First Circuit Court of Appeals.  Additionally, it is a matter of payment, Brady requests to be informed about the cost of service to make the transfer of records happen.

Brady also requests that the clerk amend the record on appeal to the First Circuit Court to include these same records for First Circuit case number No.24-1378.

Respectfully Submitted,

*Lisa Brady*

/S/Lisa Brady, Pro Se'
8 Constable Road
Durham, NH 03824
603-292-5052

CERTIFICATE OF SERVICE

I hereby certify that on 7/05/2024, I electronically filed this request to forward designated records to the First Circuit Court of Appeals, using the CM/ECF system, and included all parties through their attorneys of record, registered as ECF Filers through the CM/ECF system

*Lisa Brady*

/S/ Lisa M. Brady

Dated: July 5, 2024

**ADDENDUM 1**

Case 1:23-cv-00391-SM   Document 120   Filed 06/28/24   Page 1 of 1
UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE

pg. 2

Lisa Marie Brady

    v.                      No. 23-cv-391-SM
Jeni Mosca, et al.        CLERK'S CERTIFICATE TO
                                CIRCUIT COURT OF APPEALS

I, Lianne Wagner, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 116, 117, 6/21/24 Endorsed Order, 118 to 120

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

Hearing and/or trial exhibits will be mailed to the First Circuit
Clerk's Office.  Certain bulky, weighty and/or physical exhibits will not be mailed absent specific request from the Circuit.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day,
June 28, 2024

                                                          '$1,(/-/<1&+     , Clerk

                                                          By: /s/ Lianne Wagner, Deputy Clerk
                                                              Jun 28, 2024

cc: Lisa Marie Brady, pro se
        Counsel of Record

pg. 3